428 A.2d 668

Commonwealth v. Boles, Appellant.

Submitted April 16, 1980.   John Halley, for appellant;   Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Order affirmed.

428 A.2d 668

Commonwealth v. Bost, Appellant.

Argued December 4, 1979.   Richard P. Hunter, for appellant;   Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.